```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

JIM EDWARD MASSEY,                :

    Petitioner,               :

v.                                :       CIVIL ACTION 07-0664-KD-M

BILLY MITCHEM,                    :

    Respondent.               :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be **TRANSFERRED** to the U.S. District Court for the Middle District of Alabama.

**DONE** this 19th day of March, 2008.

                                                  s/ Kristi K. DuBose
                                                KRISTI K. DuBOSE
                                                UNITED STATES DISTRICT JUDGE